| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 2:07CR00689-04 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: **James Lee Lenegan** | DISTRICT Eastern District of Pennsylvania | DIVISION Philadelphia |
|---|---|---|
| | NAME OF SENTENCING JUDGE James Knoll Gardner | |
| | DATES OF SUPERVISED RELEASE: | FROM 4-21-21    TO 4-20-24 |

**OFFENSE**

18 U.S.C. § 2118(d) conspiracy to burglarize pharmacies (Count One); 18 U.S.C. §§ 2118(b) & 2 pharmacy burglary and aiding and abetting (Count 25); and 21 U.S.C. §841 (a)(1), (b)(1)(C) & U.S.C. § 2 aiding and abetting (Count 26)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Maryland upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| May 5, 2022 | /s/ Cynthia M. Rufe, J. |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Maryland

  IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| May 9, 2022 | Stephanie A. Gallagher |
|---|---|
| Effective Date | United States District Judge |